# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                             **CASE NO.: 3:10cr37/MCR**

**DAVARIUS C. JAMES**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

       Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, DAVARIUS C. JAMES, to the five count indictment against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

       DONE AND ORDERED this 21st day of April, 2010.


                                            *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**